No. 01–10644. PATTERSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–10645. NOLL ET UX. *v.* PETERSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10646. GATEWOOD *v.* ATTORNEY GENERAL OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–10647. HOWELL *v.* KAISER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–10648. GORHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10650. MARTINEZ-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10651. HICKEY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–10652. GRAHAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10653. HENNINGS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10654. ISIDOR *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–10655. HOFFENBERG *v.* SCHULTE, ROTH & ZABEL. C. A. 2d Cir. Certiorari denied.

No. 01–10656. MEANS *v.* DELANEY, MAYOR, CITY OF JACKSONVILLE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10657. MONTEZ *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 01–10658. TRIGUEROS-FLORES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10659. YOCUM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10660. WHITE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.